UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND and TRUSTEES OF THE UNITE
HERE NATIONAL RETIREMENT FUND,

NOT FOR PUBLICATION

Plaintiffs,

ORDER
07-CV-2892 (RRM) (CLP)

- against -

NEW AGE INTIMATES, INC.,

Defendant.
-----------------------------------------------------------------X
MAUSKOPF, United States District Judge.

This Court concurs with Magistrate Judge Cheryl L. Pollak's unopposed July 23, 2008 Report and Recommendation and adopts said Report and Recommendation in its entirety. Based upon said Report and Recommendation, and upon a review of the entire record, this Court finds that Plaintiffs have met their burden of demonstrating that there is no genuine issue as to any material fact and that Plaintiffs are entitled to judgment as a matter of law. In so doing, this Court has viewed all of the facts in the light most favorable to the Defendant, and finds that there is ample support in the record to support Plaintiffs' request to confirm the award of the arbitrator, and to award the relief to Plaintiffs set forth in the Report and Recommendation.

Therefore, this Court ORDERS as follows:

1. The arbitration award is hereby confirmed; and

2. Plaintiffs are awarded $1,106.46 in unpaid contributions to the Health and Retirement Funds, plus $256.70 in interest charges, $256.70 in liquidated damages and $450.00 in arbitrator's fees and filing costs, for a total award of $2,069.86 against Defendant New Age Intimates, Inc.

The Clerk of the Court is directed to enter Judgment, against Defendant and in favor of Plaintiffs, in the amount of $2,069.86. The Clerk is further directed to transmit a copy of the Judgment and this Order, via ECF, to Plaintiffs' counsel and to send copies, via Federal Express,

to Defendant at the following three (3) addresses:

1. New Age Intimates, Inc.
   21-07 41st Street, Second Floor
   Long Island City, N.Y. 11101

2. New Age Intimates, Inc.
   29-10 Thomson Avenue
   Long Island City, N.Y. 11101

3. New Age Intimates, Inc.
   c/o Richard Delman
   229 Weaver Street, Apt. 7A
   Greenwich, Ct. 06831

SO ORDERED.

Dated: Brooklyn, New York
      August 13, 2008

_____
ROSLYNN R. MAUSKOPF
United States District Judge